| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

    **Reynier's French Bakery Inc.**

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

    7 5 – 2 0 4 6 6 9 2

4. **Debtor's address**

    **Principal place of business**

    **2156 Northwest Highway**
    Number    Street
    **Suite 304-305**

    _____

    **Dallas**          **TX**    **75220**
    City              State   ZIP Code

    **Dallas**
    County

    **Mailing address, if different from principal place of business**

    _____
    Number    Street

    _____
    P.O. Box

    _____

    _____
    City              State   ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____

    _____
    City              State   ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other.  Specify: _____

Debtor **Reynier's French Bakery Inc.** _____ Case number (if known) _____

| 7. | Describe debtor's business | A. Check one: |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Reynier's French Bakery Inc.**_____   Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                                    MM / DD / YYYY
           District _____ When _____ Case number _____
                                                    MM / DD / YYYY
           District _____ When _____ Case number _____
                                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When _____
                                                    MM / DD / YYYY
            Case number, if known _____

            Debtor _____ Relationship _____
            District _____ When _____
                                                    MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Reynier's French Bakery Inc.**　　　　　　　　　　　Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number　Street

_____

_____　　_____　_____
City　　　　　　　　　　　　State　ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　　　　　☐ 1,000-5,000　　　☐ 25,001-50,000
☐ 50-99　　　　☐ 5,001-10,000　　☐ 50,001-100,000
☐ 100-199　　　☐ 10,001-25,000　　☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000　　　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000　　　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

Debtor **Reynier's French Bakery Inc.**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/02/2022**
MM / DD / YYYY

X **/s/ Edwin Mergulhao**
Signature of authorized representative of debtor
**Edwin Mergulhao**
Printed name
**Director**
Title

**18. Signature of attorney**

X **/s/ Richard D. Kinkade**     Date **12/02/2022**
Signature of attorney for debtor     MM / DD / YYYY

**Richard D. Kinkade**
Printed name
**Law Office of Richard D. Kinkade**
Firm name
**2121 W Airport Freeway**
Number     Street
**Suite 400**

**Irving**     **TX**     **75062**
City     State     ZIP Code

**(972) 256-4444**     **Richard_Kinkade@hotmail.com**
Contact phone     Email address
**11477350**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re **Reynier's French Bakery Inc.**                                      Case No. _____

                                                                                                  Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................... | **$1,835.00** |
   | Prior to the filing of this statement I have received......................................... | **$1,835.00** |
   | Balance Due....................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor                ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/02/2022** | **/s/ Richard D. Kinkade** |
|---|---|
| *Date* | *Richard D. Kinkade*  Bar No. 11477350 |
| | Law Office of Richard D. Kinkade |
| | 2121 W Airport Freeway |
| | Suite 400 |
| | Irving, TX 75062 |
| | Phone: (972) 256-4444 / Fax: (972) 258-8817 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  **Reynier's French Bakery Inc.**                                   CASE NO

                                                                            CHAPTER    **7**

# VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge. I also certify that the attached mailing list

[ X ]  is the first mailing list filed in this case.

[   ]  adds entities not listed on previously filed mailing list(s).

[   ]  changes or corrects names and address on previously filed mailing lists.


Date  12/2/2022                                    Signature  /s/ Edwin Mergulhao
                                                              *Edwin Mergulhao*
                                                              *Director*


Date  _____                             Signature  _____


                                                   /s/ Richard D. Kinkade
                                                   *Richard D. Kinkade*
                                                   *11477350*
                                                   *Law Office of Richard D. Kinkade*
                                                   *2121 W Airport Freeway*
                                                   *Suite 400*
                                                   *Irving, TX 75062*
                                                   *(972) 256-4444*

Bank of America
POB 551001
Dallas, TX 76177-3023

Capital One
POB 30281
Salt Lake City, UT 84130-0281

Chase
POB 94014
Palantine, IL 60094-4014

Home Depot
POB 78011
Phoenix, AZ 85062

Internal Revenue Service
Centralized Insolvency
POB 7346
Philadelphia, PA 19101-7346

Law Office of Richard D. Kinkade
2121 W Airport Freeway
Suite 400
Irving, TX 75062

Northwest Crossing LLC
c/o Avisone Mangement
POB 847038
Dallas, TX 75284

Northwest Crossing Taxes LLC
c/o Winstead PC
2728 N. Harwood Street
Suite 500
Dallas, TX 75201

Pnc Bank
2209 West Northwest Highway
Dallas, TX 75220

SYNCB/Sams Club
POB 965005
Orlando, FL 32896


Texas Workforce Commission
Regulatory Integrity Division
101 East 15th St., Room 556
Austin, TX 78778-0001


U Line
POB 88741
Chicago, IL 60680


U.S. Attorney General
Department of Justice
Main Justice Bldg.
10th & Constitution Ave., NW
Washington, DC 20530-0001


United States Attorney
1100 Commerce Street
Third Floor
Dallas, TX 75242-1699


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996